# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

Attorneys for Plaintiffs International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Local 2244, and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

New United Motor Manufacturing, Inc.

TO: (Name and address of defendant)

New United Motor Manufacturing, Inc.
45500 Fremont Blvd
Fremont, CA 94538

SC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JONATHAN WEISSGLASS (185008)
LINDA LYE (215584)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE       MAR 3 2008

_____
(BY) DEPUTY CLERK