JONATHAN WEISSGLASS (185008)
LINDA LYE (215584)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jweissglass@altshulerberzon.com
llye@altshulerberzon.com

Attorneys For Plaintiffs International
Union, United Automobile, Aerospace and Agricultural
Implement Workers of America, Local 2244, and
International Union, United Automobile, Aerospace and
Agricultural Implement Workers of America

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 2244, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,<br><br>      Plaintiffs,<br><br>   v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.,<br><br>      Defendant. | Case No. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. _____

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

4  Dated: March 3, 2008

Respectfully submitted,

JONATHAN WEISSGLASS
LINDA LYE
Altshuler Berzon LLP


By: /s/Linda Lye
    Linda Lye

Attorneys for International Union, United
Automobile, Aerospace and Agricultural
Implement Workers of America, Local 2244,
and International Union, United Automobile,
Aerospace and Agricultural Implement Workers
of America

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. _____        1