# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

Attorneys for Plaintiffs International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Local 2244, and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America,

V.

New United Motor Manufacturing, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

  

CV 08 1242 SC

TO: (Name and address of defendant)

New United Motor Manufacturing, Inc.
45500 Fremont Blvd
Fremont, CA 94538

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JONATHAN WEISSGLASS (185008)
LINDA LYE (215584)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 3 2008

(BY) DEPUTY CLERK

LINDA LYE, (SBN 215584)
ALTSHULER BERZON LLP
177 POST STREET, SUITE 300
SAN FRANCISCO, CA 94108
Telephone: 415.421.7151
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL UNION, et al.,
Plaintiff

v.

NEW UNITED MOTOR MANUFACTURING, INC.,
Defendant

| Invoice No. | PROOF OF SERVICE | Case No. | CV 08-01242 SC |
|---|---|---|---|

1. I served copies of the:

   a. Summons, Complaint to Confirm Arbitration Awards and to Compel Arbitration, Certification of Interested Entities or Persons, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Welcome to the United States District, ECF Registration Information Handout

   b. by serving: ___ Defendant   _X_ Other (name and title or relationship to person served):
   Shante Stitt, personal secretary to Nick C. Geannacopulos, Authorized Agent of Service for New United Motor Manufacturing, Inc.,

   c. _X_ by delivery     ___ at home     _X_ at business

      (1) date: March 4, 2008
      (2) time: 2:05 P.M.
      (3) address: 560 Mission Street, Suite 3100, San Francisco, CA 94105
      (4) Manner of service: PERSONAL SERVICE

2. At the time of service, I was at least 18 years of age and not a party to this action.
3. Witness Fees:
4. Person serving: JAMES KLINE
   a. Fee for service:
   b. Registered California Process Server Registration No. 631
   c. County: SAN FRANCISCO
   d. Expires:
5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 5, 2008

_____
JAMES KLINE

TOSHI'S LEGAL CONNECTION 3701 Sacramento Street, #269, San Francisco, CA 94118 (415) 722-8715