SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822) ngeannacopulos@seyfarth.com
Christian J. Rowley (SBN 187293) crowley@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: crowley@seyfarth.com
Email: ngeannacopulos@seyfarth.com

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING INC.

ALTSHULER BERZON LLP
Jonathan Weissglass (SBN 185008)
Linda Lye (SBN 215584)
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jweissglass@altshulerberzon.com
E-Mail: llye@altshulerberzon.com

Attorneys for UAW Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTERNATIONAL UNION UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 2244, and INTERNATIONAL UNION UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 2244, <br><br> Plaintiffs, <br><br> v. <br><br> NEW UNITED MOTOR MANUFACTURING INC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  CV 08 1242 TEH <br><br> **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT & [PROPOSED] ORDER GRANTING SAME** |

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

Plaintiffs and Defendant, by and through their undersigned counsel, enter into the following Stipulation:

WHEREAS, Petitioner filed a Petition/Complaint to Confirm Arbitration Award ("Petition") on March 3, 2008, which was thereafter served on Respondent on March 4, 2008;

WHEREAS, the deadline to file an Answer is March 24, 2008;

WHEREAS, Local Rule 6.1(a) appears to allow a stipulation to extend time to respond without a Court Order, but in the interest of completeness the parties have attached a Proposed Order.

NOW, THEREFORE, the Parties hereby stipulate to extend the deadline to April 3, 2008 for Defendant to file and serve an Answer or other responsive pleading to the Complaint/Petition, and jointly Move the Court to enter an order granting same.

IT IS SO STIPULATED.

Date:   March 20, 2008                          SEYFARTH SHAW LLP


                                                By:
                                                NICK C. GEANNACOPULOS
                                                CHRISTIAN J. ROWLEY
                                                Attorneys for Defendant


Date:   March 20, 2008                          ALTSHULER BERZON LLP


                                                By: _____ by CWR per
                                                JONATHAN WEISSGLASS  3/20/08
                                                LINDA LYE
                                                Attorneys for Plaintiffs

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT & [PROPOSED]ORDER GRANTING SAME
CASE NO. CV 08 1242 TEH

1

<u>**ORDER**</u>

2      Pursuant to the parties' stipulation, the deadline for Defendant to file and serve an

3  Answer to Plaintiff's Complaint/Petition is extended to April 3, 2008.

4      IT IS SO ORDERED

5

6

7  DATED:  _____, 2008      _____

HON. THELTON E. HENDERSON

8                              SENIOR DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT & [PROPOSED]ORDER GRANTING SAME
CASE NO. CV 08 1242 TEH