1   SEYFARTH SHAW LLP
    Nick C. Geannacopulos (SBN 114822) ngeannacopulos@seyfarth.com
2   Christian J. Rowley (SBN 187293) crowley@seyfarth.com
    560 Mission Street, Suite 3100
3   San Francisco, California 94105
    Telephone: (415) 397-2823
4   Facsimile: (415) 397-8549
    Email: crowley@seyfarth.com
5   Email: ngeannacopulos@seyfarth.com

6   Attorneys for Defendant
    NEW UNITED MOTOR MANUFACTURING INC.
7
    ALTSHULER BERZON LLP
8   Jonathan Weissglass (SBN 185008)
    Linda Lye (SBN 215584)
9   177 Post Street, Suite 300
    San Francisco, California  94108
10  Telephone: (415) 421-7151
    Facsimile: (415) 362-8064
11  E-Mail: jweissglass@altshulerberzon.com
    E-Mail: llye@altshulerberzon.com
12
    Attorneys for UAW Plaintiffs
13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17  INTERNATIONAL UNION UNITED      )   Case No.  CV 08 1242 TEH
    AUTOMOBILE, AEROSPACE AND       )
18  AGRICULTURAL IMPLEMENT WORKERS  )   **STIPULATION TO EXTEND TIME TO**
    OF AMERICA LOCAL 2244, and      )   **ANSWER COMPLAINT &**
19  INTERNATIONAL UNION UNITED      )   ~~[PROPOSED]~~ **ORDER GRANTING**
    AUTOMOBILE, AEROSPACE AND       )   **SAME**
20  AGRICULTURAL IMPLEMENT WORKERS  )
    OF AMERICA LOCAL 2244,          )
21                                  )
             Plaintiffs,            )
22                                  )
          v.                        )
23                                  )
    NEW UNITED MOTOR MANUFACTURING  )
24  INC,                            )
                                    )
25           Defendant.             )
                                    )
26  _____)

27

28

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT & [PROPOSED]ORDER GRANTING SAME
CASE NO. CV 08 1242 TEH

# STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiffs and Defendant, by and through their undersigned counsel, enter into the following Stipulation:

WHEREAS, Petitioner filed a Petition/Complaint to Confirm Arbitration Award ("Petition") on March 3, 2008, which was thereafter served on Respondent on March 4, 2008;

WHEREAS, the deadline to file an Answer is March 24, 2008;

WHEREAS, Local Rule 6.1(a) appears to allow a stipulation to extend time to respond without a Court Order, but in the interest of completeness the parties have attached a Proposed Order.

NOW, THEREFORE, the Parties hereby stipulate to extend the deadline to April 3, 2008 for Defendant to file and serve an Answer or other responsive pleading to the Complaint/Petition, and jointly Move the Court to enter an order granting same.

IT IS SO STIPULATED.

Date:   March 20, 2008

SEYFARTH SHAW LLP

By: _____
NICK C. GEANNACOPULOS
CHRISTIAN J. ROWLEY
Attorneys for Defendant

Date:   March 20, 2008

ALTSHULER BERZON LLP

By: _____
JONATHAN WEISSGLASS
LINDA LYE
Attorneys for Plaintiffs

- 2 -

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT & [PROPOSED]ORDER GRANTING SAME
CASE NO. CV 08 1242 TEH

1    **ORDER**

2        Pursuant to the parties' stipulation, the deadline for Defendant to file and serve an

3    Answer to Plaintiff's Complaint/Petition is extended to April 3, 2008.

4        IT IS SO ORDERED

5

6

    DATED: _____Mar. 21_____, 2008

7                                              
    HON. THE
8    SENIOR DI

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -