JONATHAN WEISSGLASS (SBN 185008)
LINDA LYE (SBN 215584)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jweissglass@altshulerberzon.com
E-Mail: llye@altshulerberzon.com

Attorneys for Plaintiffs


NICK C. GEANNACOPULOS (SBN 114822)
CHRISTIAN ROWLEY (SBN 187293)
SEYFARTH SHAW
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549
NGeannacopulos@seyfarth.com
crowley@seyfarth.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 2244, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.,<br><br>　　　　　Defendant. | **Case No. CV-08-1242 TEH**<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT** |

# STIPULATION AND [PROPOSED] ORDER
## GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiffs and Defendant (hereinafter collectively "Parties"), by and through their undersigned counsel, enter into the following stipulation:

### RECITALS

WHEREAS, Plaintiffs seek in their Complaint to confirm two arbitration awards and to compel arbitration pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. §185,

WHEREAS, Plaintiffs intend to file a First Amended Complaint, a copy of which is appended hereto as Exhibit 1, to assert that their claims to confirm two arbitration awards and to compel arbitration are also brought pursuant to the Federal Arbitration Act, 9 U.S.C. §1 *et seq.*;

WHEREAS, Defendant does not object to the filing of the First Amended Complaint;

THEREFORE, the Parties stipulate and agree, and request that the Court order, that:

1. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs may file the First Amended Complaint appended hereto as Exhibit 1;

2. The First Amended Complaint is deemed filed and served as of the date of the Court's Order.

Date: April 8, 2008

NICK C. GEANNACOPULOS
CHRISTIAN ROWLEY
SEYFARTH SHAW

By: /s/Christian Rowley
      Christian Rowley

Attorneys for Defendant

Date: April 8, 2008

JONATHAN WEISSGLASS
LINDA LYE
ALTSHULER BERZON LLP

By: /s/Linda Lye
      Linda Lye

Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation, leave is hereby granted to Plaintiffs to file the First Amended Complaint. The First Amended Complaint is deemed filed and served as of the date of this Order.

Dated: _____04/09/08_____

_____
UNITED STATES DISTRICT JUDGE



Judge Thelton E. Henderson

**ECF CERTIFICATION**

I, Linda Lye, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Granting Plaintiffs Leave to File First Amended Complaint. In compliance with General Order 45.X.B., I hereby attest that Christian Rowley has concurred in this filing.

Dated: April 8, 2008                              /s/   Linda Lye
                                                         LINDA LYE