JONATHAN WEISSGLASS (185008)
LINDA LYE (215584)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jweissglass@altshulerberzon.com
llye@altshulerberzon.com

Attorneys for Plaintiffs International
Union, United Automobile, Aerospace and Agricultural
Implement Workers of America, Local 2244,
and International Union, United Automobile,
Aerospace and Agricultural Implement Workers
of America

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 2244, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.,<br><br>Defendant. | Case No. C-08-1242-TEH<br><br>**[PROPOSED] ORDER CONFIRMING ARBITRATION AWARDS AND COMPELLING ARBITRATION**<br><br>Date: May 19, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>　　　　The Hon. Thelton E. Henderson |

1  Plaintiffs' Motion for Summary Judgment and/or Motion to Compel Arbitration and
2 Confirm Arbitration Awards came before the Court for a hearing on May 19, 2008.  After
3 considering the papers filed in support of and in opposition to the motion and the arguments of
4 counsel, and all other matters presented to the Court, the Court finds that Plaintiffs' motion
5 should be granted.  Defendant is hereby ordered arbitrate the outstanding remedy issues arising
6 from the Union's grievance.  The parties shall select an arbitrator from the list of arbitrators
7 provided by the American Arbitration Association in its letter dated January 22, 2008 or
8 another mutually agreed upon arbitrator within 5 court days of the date of this order.  The
9 merits rulings on the Union's grievance are hereby confirmed.  IT IS HEREBY ORDERED that
10 Plaintiffs' Motion is GRANTED.
11 Dated: _____

_____
UNITED STATES DISTRICT JUDGE