1 | SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822) ngeannacopulos@seyfarth.com
2 | Christian J. Rowley (SBN 187293) crowley@seyfarth.com
560 Mission Street, Suite 3100
3 | San Francisco, California 94105
Telephone: (415) 397-2823
4 | Facsimile: (415) 397-8549

5 | Attorneys for Petitioner
NEW UNITED MOTOR MANUFACTURING INC.

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED AUTO WORKERS LOCAL 2244, a ) | Case Nos. CV 08-1242 TEH |
| 12 labor organization, ) | |
| ) | **DECLARATION OF NICK C.** |
| 13 Plaintiff, ) | **GEANNACOPULOS IN SUPPORT OF** |
| ) | **NUMMI'S OPPOSITION TO** |
| 14 v. ) | **PLAINTIFF'S SUMMARY JUDGMENT** |
| ) | **MOTION AND IN SUPPORT OF** |
| 15 NEW UNITED MOTOR ) | **NUMMI'S PETITION/MOTION TO** |
| MANUFACTURING INC. ) | **VACATE AN ARBITRATION AWARD** |
| 16 ) | |
| ) | |
| 17 Defendant. ) | |
| ) | |

18

19       I, Nick C. Geannacopulos, Esq. declare:

20       1.      I am an attorney at law licensed to practice before all Courts of the State of

21 California and the United States District Court for the Northern District of California. I am a

22 partner with the law firm of Seyfarth Shaw LLP, and counsel of record for Defendant New

23 United Motor Manufacturing Inc. I have personal knowledge of the facts set forth in this

24 declaration, and if called as a witness for this purpose, I could and would testify competently

25 under oath to them.

26

27

28

- 1 -
DECLARATION OF NICK C. GEANNACOPULOS IN SUPPORT OF NUMMI'S OPPOSITION TO
PLAINTIFF'S SUMMARY JUDGMENT MOTION AND IN SUPPORT OF NUMMI'S PETITION/MOTION
TO VACATE AN ARBITRATION AWARD

2.      I am familiar with the "time for time" grievance and have been lead employer's counsel in the arbitration of that dispute. I was present for all of the arbitration hearings.

3.      Following the first the arbitration interim decision in the time for time matter, I raised to Linda Lye, Esq. the request that we use a different arbitrator for the remainder of the grievance arbitration. Ms. Lye responded to the effect that the UAW would not agree to a different arbitrator, and NUMMI had no choice but to use the current Arbitrator. Consequently, NUMMI agreed to continue to use the arbitrator for all remaining issues, including remedy.

4.      To my knowledge no one has advised the UAW or its counsel that NUMMI will not arbitrate the time for time grievance including liability and remedy issues (however those are defined) following the resolution of NUMMI's Petition to Vacate/UAW's Motion to Confirm.

I declare under penalty of perjury of the State of California and of the United States that the foregoing is true and correct.

Executed this _____ April 28, 2008, in _____ Los Angeles _____, California.

_____
NICK C. GEANNACOPULOS

///

- 2 -