IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING, INC.,<br><br>    Movant/Petitioner,<br><br>v.<br><br>UNITED AUTO WORKERS LOCAL 2244,<br><br>    Respondent. | NO. C 08-0976 TEH<br>NO. C 08-1242 TEH<br><br>ORDER DENYING ADMINISTRATIVE MOTION TO CONSOLIDATE HEARINGS AND VACATING AND SETTING HEARING DATES IN RELATED CASES |
| UNITED AUTO WORKERS LOCAL 2244, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.<br><br>    Defendant. | |

    The Court has reviewed UAW's Administrative Motion to Consolidate Hearings In Related Cases in this matter, as well as related arguments made by both parties in other filings on the pending motions.  Good cause appearing therefore:

    The Administrative Motion is hereby DENIED.   Hearing on UAW's Motion for Summary Judgment for Denial or Continuance Under Rule 56(f) in Case No. C-08-1242 is hereby VACATED.  Hearing on NUMMI's Motion to Vacate Labor Arbitration Award is

1 hereby set for Monday, June 2, at 10:00 a.m. in Courtroom 12.  NUMMI's Reply in support
2 of its Motion to Vacate shall be filed no later than May 12, 2008.
3     Together with the hearing on the motion, the Court will hold a case management
4 conference in both cases.  The parties shall file a Joint Case Management Conference
5 Statement by Friday, May 23, 2008, which, in addition to conforming with the applicable
6 requirements of the Federal Rules of Civil Procedure and this Court's Local Rules and
7 Standing Orders, briefly discusses the parties' respective positions on how the litigation
8 should proceed 1) if the Court grants the Motion to Vacate; and 2) if the Court denies the
9 Motion to Vacate.  The parties shall meet and confer about *each* topic to be included in the
10 Joint Case Management Statement no later than May 19, 2008.

**IT IS SO ORDERED.**

Dated:  4/29/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT