IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED AUTO WORKERS,<br><br>   Defendant._____/ | No. C 08-0976 TEH<br>    C 08-1242 TEH<br><br>**Clerk's Notice<br>Rescheduling Hearing** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *motion hearing and initial case management conference* previously set for 06/17/08 at 10:00 AM has been rescheduled for **Tuesday, 06/17/08** at **11:00 AM**, before the Honorable Thelton E. Henderson.  Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   June 13, 2008                                               FOR THE COURT,

                                                                                    Richard W. Wieking, Clerk
                                                                                    By: /s/ R. B. Espinosa
                                                                                         R. B. Espinosa
                                                                                         Deputy Clerk