IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION,<br><br>  Plaintiff,<br><br>  v.<br><br>NEW UNITED MOTOR MANUFACTURING,<br><br>  Defendant._____/ | No. C 08-01242 TEH<br><br>**Clerk's Notice**<br>**Scheduling Case**<br>**Management Conference** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not listed on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled the *Initial Case Management Conference* for **Monday, 08/11/08** at **1:30 PM**, before the Honorable Thelton E. Henderson.   Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.   Not less than 7 days prior parties shall submit a joint case management conference statement.

Dated: June 20, 2008                                                FOR THE COURT,

                                                                                    Richard W. Wieking, Clerk

                                                                                    By: _____
                                                                                          R. B. Espinosa
                                                                                          Deputy Clerk