1  JONATHAN WEISSGLASS (SBN 185008)
   LINDA LYE (SBN 215584)
2  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
3  San Francisco, California 94108
   Telephone: (415) 421-7151
4  Facsimile: (415) 362-8064
   E-Mail: jweissglass@altshulerberzon.com
5  E-Mail: llye@altshulerberzon.com

6  Attorneys for Plaintiffs

7

   NICK C. GEANNACOPULOS (SBN 114822)
8  CHRISTIAN ROWLEY (SBN 187293)
   SEYFARTH SHAW
9  560 Mission Street, Suite 3100
   San Francisco, California 94105
10 Telephone:  (415) 397-2823
   Facsimile:   (415) 397-8549
11 NGeannacopulos@seyfarth.com
   crowley@seyfarth.com
12
   Attorneys for Defendant
13

14                          UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO/OAKLAND DIVISION

17 INTERNATIONAL UNION, UNITED            | Case No. CV-08-1242 TEH
   AUTOMOBILE, AEROSPACE AND              |
18 AGRICULTURAL IMPLEMENT WORKERS         | STIPULATION AND [PROPOSED]
   OF AMERICA, LOCAL 2244, and            | ORDER REQUESTING CONTINUANCE
19 INTERNATIONAL UNION, UNITED            | OF CASE MANAGEMENT
   AUTOMOBILE, AEROSPACE AND              | CONFERENCE
20 AGRICULTURAL IMPLEMENT WORKERS
   OF AMERICA,
21
              Plaintiffs,
22
        v.
23
   NEW UNITED MOTOR MANUFACTURING,
24 INC.,

25            Defendant.

26
27
28

STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CASE MANAGEMENT
CONFERENCE, Case No. CV-08-1242 TEH

# STIPULATION AND [PROPOSED] ORDER
## REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

The parties by and through their undersigned counsel, enter into the following stipulation:

### RECITALS

WHEREAS, the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America and its affiliated local, UAW, Local 2244 (hereinafter, collectively, "UAW" or "the Union") and New United Motor Manufacturing, Inc. ("NUMMI" or "the Company") are parties to a collective bargaining agreement that contains a dispute resolution mechanism culminating in final and binding arbitration;

WHEREAS, on February 15, 2008, the Company filed a petition to vacate two arbitration awards rendered by an arbitrator on a grievance filed by the Union under the parties' dispute resolution mechanism (Case No. CV-08-0976-TEH);

WHEREAS, on March 30, 2008, the Union filed the complaint in this matter, seeking an order and final judgment confirming the arbitration awards and compelling the Company to return to arbitration on the outstanding remedy issues flowing from the Union's grievance (Case No. CV-08-1242-TEH);

WHEREAS, this Court ordered the two cases related;

WHEREAS, on June 19, 2008, this Court entered an order in Case No. CV-08-0976-TEH denying the Company's petition to vacate the arbitration awards and confirming the arbitration awards;

WHEREAS, on June 24, 2008, this Court entered judgment in Case No. CV-08-0976-TEH in accord with its June 19, 2008 order;

WHEREAS, after the Court entered judgment in CV-08-0976-TEH, the Union and the Company mutually selected an arbitrator to hear the outstanding remedy issues;

WHEREAS, on July 8, 2008, the Union filed a motion for attorneys' fees in Case No. CV-08-0976-TEH, and pursuant to stipulation noticed the hearing for September 8, 2008;

WHEREAS, on July 18, 2008, the Union and the Company entered into a tentative settlement of the outstanding remedy issues arising from the Union's grievance.

WHEREAS, the parties will be in a better position to assess how to proceed in this matter after the Court rules on the Union's motion for attorneys' fees in Case No. CV-08-0976-TEH.

THEREFORE, the Parties stipulate and agree, and request that the Court order that the Court vacate the Case Management Conference in this matter currently set for August 11, 2008, with the Case Management Conference to be set for a date after the Court rules on the Union's motion for attorneys' fees in Case No. CV-08-0976-TEH.

Date: July 31, 2008

NICK C. GEANNACOPULOS
CHRISTIAN ROWLEY
SEYFARTH SHAW

By:   /s/ Christian Rowley
      Christian Rowley

Attorneys for Defendant

Date: July 31, 2008

JONATHAN WEISSGLASS
LINDA LYE
ALTSHULER BERZON LLP

By:   /s/Linda Lye
      Linda Lye

Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation, the Case Management Conference currently set for August 11, 2008 at 1:30 pm is hereby VACATED. The Court will set a new date for the Case Management Conference after ruling on the Union's motion for attorney's fees in the related case, CV-08-0976-TEH.

Dated: _____

_____
JUDGE THELTON E. HENDERSON

## ECF CERTIFICATION

I, Linda Lye, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Granting Plaintiffs Leave to File First Amended Complaint. In compliance with General Order 45.X.B., I hereby attest that Christian Rowley has concurred in this filing.


Dated: July 31, 2008                    /s/   Linda Lye
                                       LINDA LYE