United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING, INC., <br><br> Movant/Petitioner, <br><br> v. <br><br> UNITED AUTO WORKERS LOCAL 2244, <br><br> Respondent. <br><br><br> UNITED AUTO WORKERS LOCAL 2244, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEW UNITED MOTOR MANUFACTURING, INC. <br><br> Defendant. | NO. C 08-0976 TEH <br> NO. C 08-1242 TEH <br><br> ORDER VACATING CASE MANAGEMENT CONFERENCE AND HEARING DATE, AND REFERRING MOTION FOR ATTORNEY'S FEES TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |

    The Court is in receipt of the Parties Stipulation and [Proposed] Order requesting that the Court continue the Case Management Conference currently set for August 11, 2008 at 1:30 p.m. The Case Management Conference is hereby VACATED.

    The Hearing on Respondent's Motion for Attorney's Fees and Expenses in Case No. C-08-0976, now set for September 8, 2008, is also VACATED. The parties are hereby referred to Magistrate Judge Bernard Zimmerman for a settlement conference. The Court

1  does not, with this referral, express any opinion on the merits of the motion.  If the parties
2  are unable to reach agreement on the attorney's fees issue after the settlement conference,
3  they shall so inform the Court, and the Court will set a briefing schedule for the opposition
4  and reply, and a hearing date on the motion.

**IT IS SO ORDERED.**

Dated:  August 7, 2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT