1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7                                   )
8                                   )
   NEW UNITED MOTOR              )      No. C08-0976 TEH (BZ)
9  MANUFACTURING INC,            )
                                    )
10         Movant/Petitioner,    )
                                    )
11  v.                             )
                                    )
12  UNITED AUTO WORKERS LOCAL    )
    2244,                          )
13                                  )
           Respondent.           )
14  _____     )
    UNITED AUTO WORKERS LOCAL    )      No. C08-1242 TEH (BZ)
15  2244, et al.                   )
                                    )
16         Plaintiff(s),         )      **ORDER SCHEDULING**
                                    )      **SETTLEMENT CONFERENCE**
17     v.                          )
                                    )
18  NEW UNITED MOTOR             )
    MANUFACTURING INC.,           )
19                                  )
                                    )
20         Defendant(s).         )
    _____     )
21

22       The above matter was referred to Magistrate Judge Bernard

23  Zimmerman for settlement purposes.

24       You are hereby notified that a settlement conference is

25  scheduled for **Friday, September 12, 2008, at 9:00 a.m.**, in

26  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

27  Avenue, San Francisco, California 94102.

28       It is the responsibility of counsel to ensure that whatever

                                  1

1  discovery is needed for all sides to evaluate the case for

2  settlement purposes is completed by the date of the settlement

3  conference. Counsel shall cooperate in providing discovery

4  informally and expeditiously.

5      Lead trial counsel shall appear at the Settlement

6  Conference with the parties.  Any party who is not a natural

7  person shall be represented by the person or persons **not**

8  **directly involved** in the events which gave rise to the

9  litigation but with **full** authority to negotiate a settlement.  A

10  person who needs to call another person not present before

11  accepting, rejecting or making any settlement offer does not

12  have full authority.  If a party is a governmental entity, its

13  governing body shall designate one of its members or a senior

14  executive to appear at the Settlement Conference with authority

15  to participate in the Settlement Conference and, if a tentative

16  settlement agreement is reached, to recommend the agreement to

17  the governmental entity for its approval.  An insured party

18  shall appear with a representative of the carrier with full

19  authority to negotiate up to the limits of coverage.  The Court

20  shall be notified immediately if the carrier declines to attend.

21  Personal attendance of a party representative will rarely be

22  excused by the Court, and then only upon separate written

23  application demonstrating substantial hardship served on

24  opposing counsel and lodged as early as the basis for the

25  hardship is known.

26      Each party shall prepare a Settlement Conference Statement,

27  which must be served on opposing counsel and lodged (not faxed)

28  with my chambers no later than seven calendar days prior to the

conference.  The Statement shall **not** be filed with the Clerk of

the Court.  The Statement **may** be submitted on CD-ROM with

hypertext links to exhibits.  Otherwise, the portion of exhibits

on which the party relies **shall** be highlighted.  The Settlement

Conference Statement shall not exceed ten pages of text and

twenty pages of exhibits and shall include the following:

　　　　1.　A brief statement of the facts of the case.

　　　　2.　A brief statement of the claims and defenses

including, but not limited to, statutory or other grounds upon

which the claims are founded.

　　　　3.　A summary of the proceedings to date and any pending

motions.

　　　　4.　An estimate of the cost and time to be expended for

further discovery, pretrial and trial.

　　　　5.　For any party seeking relief, a description of the

relief sought, including an itemization of damages.

　　　　6.　The parties' position on settlement, including present

demands and offers and a history of past settlement discussions.

The Court's time can best be used to assist the parties in

completing their negotiations, not in starting them.

Accordingly, plaintiff must serve a demand in writing no later

than fourteen days before the conference and defendant must

respond in writing no later than eight days before the

conference.  If plaintiff seeks attorney's fees and costs,

plaintiff's counsel shall either include the fee claim in the

demand or make a separate, simultaneous demand for fees and

costs.  Counsel shall be prepared at the conference to provide

sufficient information to defendant to enable the fee claim to

1  be evaluated for purposes of settlement.  The parties are urged

2  to carefully evaluate their case before taking a settlement

3  position since extreme positions hinder the settlement process.

4       Along with the Statement each party shall lodge with the

5  court a document of no more than three pages containing a **candid**

6  evaluation of the parties' likelihood of prevailing on the

7  claims and defenses, and any other information that party wishes

8  not to share with opposing counsel.  The more candid the parties

9  are, the more productive the conference will be.  This document

10  shall not be served on opposing counsel.

11       It is not unusual for conferences to last three or more

12  hours.  Parties are encouraged to participate and frankly

13  discuss their case.  Statements they make during the conference

14  will not be admissible at trial in the event the case does not

15  settle.  The parties should be prepared to discuss such issues

16  as:

17       1. Their settlement objectives.

18       2. Any impediments to settlement they perceive.

19       3. Whether they have enough information to discuss

20  settlement.  If not, what additional information is needed.

21       4. The possibility of a creative resolution of the dispute.

22       The parties shall notify Magistrate Judge Zimmerman's

23  chambers immediately if this case settles prior to the date set

24  for settlement conference.  Counsel shall provide a copy of this

25  order to each party who will participate in the conference.

26  Dated: August 19, 2008

27  _____

28                  Bernard Zimmerman
                United States Magistrate Judge