JONATHAN WEISSGLASS (SBN 185008)
LINDA LYE (SBN 215584)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jweissglass@altshulerberzon.com
E-Mail: llye@altshulerberzon.com

Attorneys for Plaintiffs


NICK C. GEANNACOPULOS (SBN 114822)
CHRISTIAN ROWLEY (SBN 187293)
SEYFARTH SHAW
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549
NGeannacopulos@seyfarth.com
crowley@seyfarth.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 2244, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,<br><br>            Plaintiffs,<br><br>      v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.,<br><br>            Defendant. | **Case No. CV-08-1242 TEH**<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL** |

STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL, Case No. CV-08-1242 TEH

**STIPULATION**

WHEREAS, Plaintiffs International Union, United Automobile, Aerospace and Agricultural Implement Workers of America and its local affiliate, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Local 2244 (collectively "Union" or "UAW") filed this action to obtain an order confirming two arbitration awards and to compel Defendant New United Motor Manufacturing, Inc. ("NUMMI") to arbitrate in an expeditious manner the remedy issues arising out of those arbitration awards;

WHEREAS, the Court in the parallel action *New United Motor Manufacturing, Inc. v. United Auto Workers, Local 2244*, 08-0976-TEH, confirmed the two arbitration awards at issue (Docs. No. 31 & 33);

WHEREAS, the parties thereafter reached a settlement on the remedy issues arising out of the two arbitration awards;

THEREFORE, the parties through their respective counsel of record jointly request that the Complaint be dismissed, with each party to bear its own costs and attorneys' fees related to this lawsuit.

SO STIPULATED.

Date: March 6, 2009

NICK C. GEANNACOPULOS
CHRISTIAN ROWLEY
SEYFARTH SHAW


By:   /s/ Christian Rowley
            Christian Rowley

Attorneys for Defendant

Date: March 6, 2009

JONATHAN WEISSGLASS
LINDA LYE
ALTSHULER BERZON LLP


By:  /s/Linda Lye
            Linda Lye

Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL, Case No. CV-08-1242 TEH    1

**ORDER**

Pursuant to stipulation, Plaintiffs' claims are dismissed.  Each party to bear its own costs and attorneys' fees related to this lawsuit.

Dated: 03/06/09  _____



_____
JUDGE THELTON E. HENDERSON

**ECF CERTIFICATION**

I, Linda Lye, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Requesting Dismissal.  In compliance with General Order 45.X.B., I hereby attest that Christian Rowley has concurred in this filing.

Dated:  March 6, 2009                                             /s/   Linda Lye
                                                                                    LINDA LYE